COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| SHAWN COKER, | | |
| NEIGHBORHOOD PARTNERS, INC., | § | No. 08-13-00127-CV |
| BLUE MOON REALTY GROUP AND | | |
| WIZARD FUNDING, L.L.C., | § | Appeal from |
| | | |
| Appellants, | § | 236th District Court |
| | | |
| v. | § | of Tarrant County, Texas |
| | | |
| TEISHA D. BOLES, | § | (TC # 236-265240-13) |
| | | |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.